UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

_Jeffery J. BARMANN_
Plaintiff

vs.

_William Chestnut and_
Defendant _Kaplan University_

Case No. _____

## AFFIDAVIT OF FINANCIAL STATUS

I, _Jeffery J. Barmann_ declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

I. **MARITAL STATUS AND PERSONAL DATA**

  A. Single: _X_   Married: ___   Separated: ___   Divorced: ___

  B. Name of Spouse _N/A_

  C. Age of plaintiff, petitioner or complainant: _57 yrs_

  D. Age of spouse: _N/A_

  E. Address of plaintiff, petitioner or complainant: _7945 Blue Ridge Blvd., Kansas City Mo 64138_
     Telephone: _298-6052_

  F. Address of spouse: _N/A_
     Telephone: _N/A_

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:

_None_

## II. EMPLOYMENT

A. Name of employer: _Unemployed_

Address of employer: ____

Employer's telephone: ____ Length of employment: ____

Job title or description: ____

Net Income: Monthly $____ Weekly $____

Gross Income: Monthly $____ Weekly $____

Does employer provide health insurance: Yes____ No _✓_

If employer provides health insurance, describe coverage: ____

B. Previous employment (Answer only if presently unemployed).

Name of employer: _State of Missouri_

Address of employer: _2729 Plaza Drive_

Employer's telephone: _(573) 751-2389_ Length of employment: _26 yrs_

Job title or description: _State Prisoner Law Clerk_

Net Income: Monthly $____ Weekly $____

Gross Income: Monthly $_25.00_ Weekly $____

C. Employment of spouse:

Name of employer: _N/A_

Page 2

Case 4:09-cv-00588-DW   Document 2   Filed 08/03/09   Page 2 of 6

Address of employer: _____N/A_____

Employer's telephone: _____ Length of employment: _____

Job title or description: _____

Net Income:    Monthly $_____    Weekly $_____

Gross Income:  Monthly $_____    Weekly $_____

III. **FINANCIAL STATUS**
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A. Owner of real property?    Yes___    No _X_

If yes - Description: _____

Address: _____

In whose name? _____

Estimated value: _____

Total amount owed: _____

Owed to: _____

Annual income from property: _____

B. Owner of automobile:    Yes _X_    No___

If yes - Number of automobiles owned: __One__

Make _Honda_ Model _Accord_ Year _1997_

Make_____ Model_____ Year_____

In whose name registered? _Mine and a friend_

Present value: _2 thousand dollars_

Amount owed on the automobile(s): _None_

Owed to: _N/A_

Monthly payment(s): _____

Page 3

Case 4:09-cv-00588-DW   Document 2   Filed 08/03/09   Page 3 of 6

C. Cash on hand: (Include checking and savings accounts)

$ 35.00

List names and addresses of banks and associations:

Please do not state account numbers: Hawthorne Bank K.C. Mo. checking account

D. Have you received within the past 12 months any money from any of the following sources:

|  | Yes | No |
|---|---|---|
| Rent payments, interest or dividends: |  | X |
| Pensions, trust funds, annuities or life insurance payments? |  | X |
| Gifts or inheritances? |  | X |
| Welfare payments? |  | X |
| ADC or other governmental child support? |  | X |
| Unemployment benefits? |  | X |
| Social Security benefits? |  | X |
| Other sources? | X |  |

E. If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

Grade school friends bought me car and computer, and helped with other expenses when I was released from prison in March 2009

IV. **OBLIGATIONS**

A. Monthly rental on house or apartment: Live with friend - No Rent

B. Monthly mortgage payments on house: 00

Amount of equity in house: 00

Page 4

C. Monthly mortgage payments on other properties: $ ００

Amount of equity in other properties: $ ０-０

D. Household expenses:

Monthly grocery expense: 200 dollars Food Stamps

Monthly utilities:

Gas: _____

Electric: _____

Water: _____

Other: (Specify) GAS for CAr

E. Other debts and miscellaneous monthly expenses:

| TO WHOM OWED AND FOR WHAT REASON INCURRED? | MONTHLY PAYMENTS | BALANCE DUE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

V. **OTHER INFORMATION PERTINENT TO FINANCIAL STATUS**
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

_____

_____

_____

_____

Page 5

I understand that a false statement or answer to any question will subject me to penalties of perjury.

*Jeffery J. Barmann*
Plaintiff

**VERIFICATION**

**State of Missouri** )
) SS.
**County of Jackson** )

I herein verify under pains and penalty of perjury that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

*Jeffery J. Barmann*
Signature of Plaintiff(s)

SWORN DECLARATION

Under Penalty of Perjury

28 U.S.C. Section 1746

Date: 8-03-09