# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **JEFFERY J. BARMANN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case Number 09 C 588-CV-W-DW |
| | ) | |
| **KAPLAN UNIVERSITY** | ) | |
| **FINANCE OFFICE; and** | ) | |
| **WILLIAM CHESTNUT,** | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S REQUEST FOR
## <u>VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Plaintiff, Jeffery J. Barmann, respectfully notifies this Court of his voluntary dismissal of this action without prejudice, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

In support of this Notice, Barmann states as follows:

1.    Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without the need for a motion or a Court Order, by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. Pro. 41(a)(1)(A)(i).

2.    Rule 41(A)(1)(B) provides that unless the notice provides differently, the voluntary dismissal "is without prejudice." Fed. R. Civ. Pro. 41(a)(1)(A)(i).

3.    Neither Defendant to this action has filed an answer or a motion for summary judgment.

1

4.     Accordingly, Barmann is entitled to voluntarily dismiss this action without

prejudice, by filing this Notice.

WHEREFORE, Plaintiff Jeffery J. Barmann hereby voluntarily dismisses this action
without prejudice, and requests that this Court issue an Order reflecting such voluntary dismissal
without prejudice.

                                        Respectfully submitted,

                                        JEFFERY J. BARMANN,
                                        Plaintiff


                                        Jeffery J. Barmann, *pro se*


Jeffery J. Barmann
7945 Blue Ridge Boulevard
Kansas City, Missouri 64138
(816) 298-6052

Dated: November 23, 2009


## Certificate of Service

I, Petitioner, Jeffery J Barmann do herein certify that I have sent a true and correct copy
of the above stated Motion to Dimiss, via "e-mail" to Attorney For Respondents, Christopher E.
Paetsch  Dated: November 20, 2009

Vice-President and Associate General Counsel: Litigation
Kaplan Higher Education
311 South Wacker Drive
Suite 3300
Chicago, Illinois 60606
(312) 385-1254 Office
(312) 307-7106 Mobile
(800) 878-4364 Fax


Jeffery J. Barmann

2